Attachment for Contempt CO-528 (Rev. - DC 4/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

In Re: **USA v. ANTWUAN BALL, ET AL.**

SEP 1 2 2007

**Misc. No.** *07-362*

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ATTACHMENT FOR CONTEMPT

### TO ANY UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER:

**You are hereby commanded to arrest** _____ LaToya Ryals ( aka Onion) _____ whose address is _1321 Congress Street, SE, Washington, DC 20032_____

and bring him/her forthwith before the United States District Court for the District of Columbia for the reason that he/she:

[✓] willfully failed to appear after having been served with a subpoena

**OR**

[ ] willfully evaded service of a subpoena pursuant to Title 18 USC 3144.

[ ] You are further commanded to detain _____ in your custody until he/she is discharged by the Court.

**OR**

[✓] You are hereby commanded to bring said person forthwith to Courtroom ___9___, United States District Court for the District of Columbia.

Upon order of the Honorable _____ Richard W. Roberts _____, United States District Judge

this _12th_ day of _____September_____, _2007_.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk

**RETURN***
DISTRICT OF COLUMBIA
Received the within warrant the _____ day of _____, 20 _____ and executed same.

By: _____